IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00588-RPM

MODESTO MARTINEZ, JR.,

    Plaintiff,
v.

TOWN OF LaSALLE, COLORADO,
SAM JOHNSON,

    Defendants.

_____

ORDER ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

On July 2, 2013, the defendants filed a Motion for Partial Judgment on the Pleadings to which the plaintiff filed his response on July 23, 2013. Pursuant to those filings, it is

ORDERED that this civil action is dismissed as to the Town of LaSalle, Colorado, and the second claim for relief is dismissed as to Defendant Sam Johnson. This case will go forward on the first claim for relief against the Defendant Sam Johnson.

DATED: July 25th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge