IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00588-RPM

MODESTO MARTINEZ, JR.,

      Plaintiff,

v.

SAM JOHNSON,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Pursuant to the joint notice of settlement and motion to vacate the scheduling conference, the deadline to submit a proposed scheduling order and the October 10, 2013, scheduling conference are vacated. The parties shall submit a stipulation to dismiss on or before October 25, 2013.

DATED:   October 4, 2013