IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00588-RPM

MODESTO MARTINEZ, JR.,

    Plaintiff,

vs.

SAM JOHNSON,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

    THIS COURT, having reviewed the Stipulated Motion to Dismiss (Doc.16) filed by the parties, having reviewed the file, and being fully advised,

    DOES HEREBY ORDER said motion is Granted. This action is dismissed with prejudice, each party to pay their own costs and fees.

    Done this 28th day of October, 2013.

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge